NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZANE WEIDNER,⁣ )
⁣ )
      Appellant, )
⁣ )
v. )  Case No. 2D17-3279
⁣ )
DEUTSCHE BANK NATIONAL TRUST )
COMPANY AMERICAS AS TRUSTEE )
FOR RESIDENTIAL ACCREDIT LOANS, )
INC. PASS THROUGH CERTIFICATES )
2007-Q01, SUNCOAST CREDIT UNION )
F/K/A SUNCOAST SCHOOLS FEDERAL )
CREDIT UNION, )
⁣ )
      Appellee. )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Michael P. Fuino and Matthew D. Weiner
of Weidner Law, P.A., St. Petersburg, for
Appellant.

Nancy M. Wallace of Ackerman LLP,
Tallahassee; William P. Heller of Ackerman
LLP, Fort Lauderdale; and Celia C. Falzone
and of Ackerman LLP, Jacksonville, for
Appellee.

PER CURIAM.

      Affirmed.

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.